# Notice Recipients

District/Off: 0971–4   User: admin   Date Created: 3/28/2023
Case: 22–41306   Form ID: 318   Total: 32

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | Office of the U.S. Trustee/Oak | USTPRegion17.OA.ECF@usdoj.gov |
| tr | Janina M. Hoskins | jmelder7@aol.com |
| aty | Eric J. Gravel | ctnotices@gmail.com |
| aty | Joshua D. Brysk | josh@cirruslawpc.com |

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | |
|---|---|---|---|---|
| db | Jocelyn Lozano | 24 Buena Vista | Novato, CA 94947 | |
| intp | Garrett Frisch | 1551 Mariposa St | Richmond, CA 94804 | |
| cr | Cirrus Law PC | CIRRUS LAW PC | 6600 Koll Center Pkwy, #250 | Pleasanton, CA 94566 UNITED STATES |
| smg | Labor Commissioner | 1515 Clay St. | Room 801 | Oakland, CA 94612 |
| smg | State Board of Equalization | Collection Dept. | P.O. Box 942879 | Sacramento, CA 94279 |
| smg | CA Employment Development Dept. | Bankruptcy Group MIC 92E | P.O. Box 826880 | Sacramento, CA 94280–0001 |
| smg | CA Franchise Tax Board | Special Procedures Bankruptcy Unit | P.O. Box 2952 | Sacramento, CA 95812–2952 |
| 15459628 | A.J. Lozano | P.O. Box 2164 | San Rafael, CA 94912 | |
| 15459629 | A.J. Lozano Enterprises LLC | 5776 Stoneridge Mall Rd #162 | Pleasanton, CA 94588 | |
| 15459630 | Bank of America | Attn: Bankruptcy | 4909 Savarese Circle | Tampa, FL 33634 |
| 15459631 | Bank of America | Attn: Bankruptcy | Nc4–105–03–14 Po Box 26012 | Greensboro, NC 27420 |
| 15459632 | Barclays Bank | Attn: Bankruptcy | P.O. Box 8801 | Wilmington, DE 19899 |
| 15459633 | Bay Pro Construction Inc. | 631 Drake Ave | Sausalito, CA 94965 | |
| 15459634 | Chase Auto Finance | Attn: Bankruptcy | Po Box 901076 | Fort Worth, TX 76101 |
| 15459635 | Chase Card Services | Attn: Bankruptcy | P.O. 15298 | Wilmington, DE 19850 |
| 15459636 | Christopher Nedeau | 154 Baker St | San Francisco, CA 94117 | |
| 15459637 | Comenity Bank/Victoria Secret | Attn: Bankruptcy | Po Box 182125 | Columbus, OH 43218 |
| 15459638 | Gabriel Alvarez | c/o David Lavine | Jon Webster Law Group, APC | 1985 Bonifacio Street, Suite 102 Concord, CA 94520–2264 |
| 15459639 | Gilberto Rodriguez | c/o David Lavine | Jon Webster Law Group, APC | 1985 Bonifacio Street, Suite 102 Concord, CA 94520–2264 |
| 15469059 | Joshua Brysk | Cirrus Law PC | 6600 Koll Center Pkwy Suite 250 | Pleasanton, CA 94566–8058 |
| 15459640 | Keila Lozano | 148 Log Pond Lane Apt. 2006 | Sacramento, CA 95818 | |
| 15459641 | LC Property Service Imc. | 5776 Stoneridge Mall Rd #162 | Pleasanton, CA 94588 | |
| 15459642 | Patelco Credit Union | Attn: Bankruptcy | Oo Box 2227 | Pleasanton, CA 95344 |
| 15459643 | Precision Restore Inc. | 1101 Marina Village Parkway | Alameda, CA 94501 | |
| 15459644 | Scanlan Stone Reporters | 408 Columbus Ave, Suite 2 | San Francisco, CA 94133 | |
| 15459645 | Sergio Rodriguez | c/o David Lavine | Jon Webster Law Group, APC | 1985 Bonifacio Street, Suite 102 Concord, CA 94520–2264 |
| 15459646 | Tim Perry | 840 Woodward St | Fort Bragg, CA 95437 | |
| 15459647 | Wells Fargo Bank NA | Attn: Bankruptcy | 1 Home Campus Mac X2303–01a 3rd Fl | Des Moines, IA 50328 |

TOTAL: 28